■ In the Matter of DANIEL C. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JOYCE C., Appellant. [18 NYS3d 561]—Appeal from an order of the Family Court, Suffolk

County (Caren Loguercio, J.), dated March 14, 2014. The order, insofar as appealed from, after a hearing, denied that branch of the mother's petition which was to modify a prior order of temporary removal and placement of that court dated October 30, 2013, so as to change the custodian of the subject child.

Ordered that the order dated March 14, 2014, is affirmed insofar as appealed from, without costs or disbursements.

Pursuant to Family Court Act § 1061, the court may modify an order issued during the course of a proceeding under article 10 for "good cause shown" (see Matter of Bernalysa K. [Richard S.], 118 AD3d 885, 885 [2014]; Matter of Kevin M.H. [Kevin H.], 102 AD3d 690, 692 [2013]). "As with an initial order, the modified order 'must reflect a resolution consistent with the best interests of the children after consideration of all relevant facts and circumstances, and must be supported by a sound and substantial basis in the record' " (Matter of Kenneth QQ. [Jodi QQ.], 77 AD3d 1223, 1224 [2010], quoting Matter of Elijah Q., 36 AD3d 974, 976 [2007]). Here, the record supports the Family Court's determination that the mother failed to establish good cause to modify the prior order of temporary removal and placement dated October 30, 2013. Chambers, J.P., Hall, Duffy and Barros, JJ., concur.